Michael Delikat
James H. McQuade
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, New York 10103
(212) 506-5000

Attorneys for Defendant Wyeth Pharmaceuticals, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANA A. SMITH,

    Plaintiff,

v.

WYETH PHARMACEUTICALS, INC., and
PATRICIA STALTER,

    Defendants.

JUDGE ROBINSON

07 CIV 7843

Case No. _____

**RULE 7.1 STATEMENT**



RECEIVED SEP 0 5 2007 U.S.D.C. S.D. N.Y. CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant Wyeth Pharmaceuticals, Inc. ("Wyeth Pharmaceuticals") certifies as follows: (1) Wyeth Pharmaceuticals' corporate parent is Wyeth, which is a publicly traded corporation; and (2) Wyeth is the only publicly held corporation that owns 10% or more of Wyeth Pharmaceuticals' stock.

Dated: New York, New York
       September 5, 2007

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
    Michael Delikat
    James H. McQuade
    666 Fifth Avenue
    New York, New York 10103
    (212) 506-5000

Attorneys for Defendant Wyeth Pharmaceuticals, Inc.