Michael Delikat, Esq.
James H. McQuade, Esq.
Lauren F. Kahn, Esq.
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, New York 10103
(212) 506-5000

Attorneys for Defendants Wyeth Pharmaceuticals, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANA A. SMITH,<br><br>        Plaintiff,<br><br>        v.<br><br>WYETH PHARMACEUTICALS, INC.<br><br>        Defendant. | 07-CV-7843 (SCR) (MDF)<br><br>**DECLARATION OF SERVICE** |

I, **CERSANDRA BRINSON**, declare:

      I am over the age of 18 years and not a party to the within action; that my business address is Orrick, Herrington & Sutcliffe LLP, 666 Fifth Avenue, New York, New York 10103; and that, on September 6, 2007 I served the following:

1. NOTICE OF REMOVAL (with Summons and Complaint as an attachment)
2. CIVIL COVER SHEET
3. RULE 7.1 STATEMENT
4. INDIVIDUAL RULES OF UNITED STATES DISTRICT JUDGE STEPHEN D. ROBINSON
5. INDIVIDUAL RULES OF UNITED STATES MAGISTRATE JUDGE MARK D. FOX
6. INSTRUCTIONS FOR ELECTRONIC CASE FILING
7. PROCEDURES FOR ELECTRONIC CASE FILING
8. NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT

upon counsel for plaintiff by depositing in the U.S. mail true and correct copies thereof, enclosed in a sealed envelope, first-class postage prepaid, addressed to:

> THE LAW OFFICE OF STEVEN A. MORELLI
> Steven A. Morelli, Esq.
> One Old Country Road, Suite 347
> Carle Place, New York 11514

Executed on September 6, 2007, at New York, New York.

I declare under penalty of perjury that the foregoing is true and correct.

*Cersandra Brinson*
CERSANDRA BRINSON