UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANA A. SMITH

        Plaintiff,

v.

WYETH PHARMACEUTICALS, INC.,

        Defendant.

07 CV 7843 (SCR) (MDF)

**STIPULATION AND ORDER**

    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Dana A. Smith

and Defendant Wyeth Pharmaceuticals, Inc. ("Defendant"), through their undersigned counsel,

that the time for Defendant to answer, move, or otherwise respond to the Complaint filed by

Plaintiff is extended from September 12, 2007, to and including October 5, 2007.

Dated: New York, New York
      September 5, 2007

THE LAW OFFICE OF
STEVEN A. MORELLI

By: _____
    Steven A. Morelli
    One Old Country Road
    Suite 3475
    Carle Place, New York 11514
    (518) 452-1830

Attorney for Plaintiff Dana Smith

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
    Michael Delikat
    James H. McQuade
    666 Fifth Avenue
    New York, New York 10103
    (212) 506-5000

Attorneys for Defendant Wyeth Pharmaceuticals, Inc.

SO ORDERED:

_____
    U.S.D.J.

dated: 9/11/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: